```
                    IN THE UNITED STATES  BANKRUPTCY COURT
                        SOUTHERN DISTRICT OF ALABAMA

IN RE:
   SAMUEL EDWARD BROWN                                CASE NO. 05-12822
                                                      JUDGE
   1805 CAYOUGA AVE

   PRICHARD, AL              36610                    DATE: 11/27/07
         Debtor(s)
   SSN(1)XXX-XX-7615 SSN(2)XXX-XX-0000
-------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT
                              AND ACCOUNT
-------------------------------------------------------------------------------

     JOHN C. MCALEER, III   , Trustee for the above case, submits the following
final report  and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

     1.  The case was filed on May      14, 2005 and confirmed on September 28,
The case was subsequently COMPLETED

     2. The   amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$    6,881.60 .

     3. The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| ACCOUNTS DEPARTMENT-CHILD S | NOT FILED | .00 | .00 | .00 | .00 |
| AT&T/CINGULAR WIRELESS | UNSECURED | 2272.53 | 2272.53 | .00 | .00 |
| CARMEL INVESTMENTS INC | SECURED - | 2070.45 | 2070.45 | 259.94 | .00 |
| MOBILE INFIRMARY | NOT FILED | .00 | .00 | .00 | .00 |
| MOBILE INFIRMARY | NOT FILED | .00 | .00 | .00 | .00 |
| RADIOLOGIST | NOT FILED | .00 | .00 | .00 | .00 |

     4. Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMOUNT | 2070.45 | .00 | 2272.53 | .00 | 4342.98 |
| PRINCIPAL PAID | 2070.45 | .00 | 2272.53 | .00 | 4342.98 |
| INTEREST PAID | 259.94 | .00 | .00 | .00 | 259.94 |

     5. Costs of administration:
The debtor's attorney was allowed $    1,800.00 and was paid $    1,800.00 .
The Trustee was $      350.07  pursuant to 11 USC 1302.
Refunds to the debtor and/or new trustee total $       128.61 .

     Wherefore the trustee requests a final decree be entered  which  discharges
the trustee and his surety from any and all liability on account of  the  above
case, closes the estate, and grants such other relief as may be just and proper.


                                                /s/ JOHN C. MCALEER, III
xc SAMUEL EDWARD BROWN                          _____
   WILLIAM J. CASEY, II                         JOHN C. MCALEER, III
   3208 COTTAGE HILL ROAD

MOBILE, AL                     366060000